[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-10935
Non-Argument Calendar
_____

D.C. Docket No. 8:17-cr-00314-JDW-AAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GIOVANNI SANTIAGO-OQUENDO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(October 11, 2018)

Before TJOFLAT, ROSENBAUM, and NEWSOM, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Giovanni Santiago-Oquendo in this appeal from the revocation of Santiago-Oquendo's supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Santiago-Oquendo's supervised release and his sentence are **AFFIRMED**.